

November 4, 2024

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals (Fifth Circuit)
600 Maestri Place
New Orleans, Louisiana 70130

  RE: Appellant's 28(j) Letter (oral argument set for November 5 before Chief Judge Richman, Judge Graves, & Judge Ramirez)

Mr. Cayce:

  In a 28(j) Letter filed October 29, 2024, Appellee referenced another appeal also set this week for oral argument, *United States v. Giglio,* asking this Court to give Appellant's case precedence as "the first-filed case" and "the first case to fully brief the supervised release issue."

  Appellant Contreras has *two* appeals pending before this Court, only one of which this Court has set for argument: (1) No. 23-50840, challenging Contreras' conviction for felon-in-possession (§ 922(g)(1)), for which Contreras received 21-months' imprisonment (top of the Guideline Range); and (2) No. 23-50845, challenging revocation of supervised release (served for an earlier conviction of unlawful-marijuana-user-in-possession), for which Contreras received 24 months' imprisonment (departure above the Guideline Range), ordered to be served consecutively to his 21-month sentence. Despite Appellee's reference to *Giglio* as a case raising "similar issues," ***this Court did not set No. 23-50845 for argument and has, instead, only set No. 23-50840 (Appellant's felon-in-possession conviction and 21-month prison sentence).***

  Moreover, Contreras notes that this Court has since pulled *Giglio* from the Oral Argument Calendar and ordered supplemental briefing from the parties, requesting a letter-brief on three legal points: (a) the impact of *Diaz* and *Connelly*; (b) relevant historical analogues of §922(g)(1) and (g)(3); and (c) engaging with other circuits' post-*Rahimi* challenges to §922(g)(1). Contreras, who also filed his briefing before the significant aforementioned

opinions were handed down, welcomes the opportunity to provide similar supplemental briefing. The Panel resolving *Giglio* will benefit from the parties' address of the recently-established precedent.

          Sincerely,
          /s/Kimberly S. Keller
          Kimberly S. Keller
          Email: kim@kellsto.com

CC:   Laura Tanner Bradley, Asst. U.S. Attorney, *Counsel for Appellee*