# No. 23-50840
Consolidated with
# No. 23-50845

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States of America,**
Plaintiff-Appellee,

v.

**Taegan Ray Contreras,**
Defendant-Appellant.

On Appeal from the United States District Court
for the Western District of Texas

**Appellee's Unopposed Motion for Clarification**

The government respectfully moves this Court under Federal Rule of Appellate Procedure 29(a)(6) to clarify its order of November 19, 2024, granting leave for the late filing of an amicus brief, by "specifying the time in which [the government] may answer," Fed. R. App. P. 29(a)(6).

The parties completed briefing in this case on July 23, 2024, and this Court heard oral argument on November 5, 2024. Ten days after argument, the Fifth Circuit Federal Public Defender Offices moved for leave to file their amici curiae brief in support of Contreras.

Under Federal Rule of Appellate Procedure 29, "[a]n amicus curiae must file its brief . . . no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. 29(a)(6). Although this Court "may grant leave for later filing," Rule 29 directs that this Court then "specify[] the time within which an opposing party may answer." *Id.*; *see also id.* advisory committee note ("[W]hen a court grants permission for a later filing, the court *must specify* the period in which an opposing party may answer the arguments of the amicus.") (emphasis added). By requiring that a court specify the time to answer a late amicus brief, Rule 29 ensures that a party can address arguments raised by an amicus brief before the court decides the case. *See id.* advisory committee note.

The government respectfully requests that this Court clarify its order by setting a response date of December 19, 2024—thirty days after this Court granted leave for the amici curiae brief to be filed. The amici brief introduces several new arguments not raised by Contreras in his briefing or at oral argument that the government has not had an opportunity to address. Allowing the government time to respond to those newly raised arguments will assist this Court in deciding this case.

Contreras's counsel does not oppose this motion.

For these reasons, the government moves this Court to clarify its order of November 19, 2024, by specifying that the government may answer the amici brief by December 19, 2024.

Respectfully submitted,

Jaime Esparza
United States Attorney

By: ***/s/ Lauren Tanner Bradley***
Lauren Tanner Bradley
Assistant United States Attorney
Western District of Texas
903 San Jacinto Blvd, #334
Austin, Texas 78701
(512) 370-1294

## Certificate of Conference

I have conferred with counsel for Contreras. This motion is unopposed.

***/s/ Lauren Tanner Bradley***
Lauren Tanner Bradley
Assistant United States Attorney

## Certificate of Service

On November 27, 2024, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be electronically delivered to all registered counsel..

*/s/ Lauren Tanner Bradley*
Lauren Tanner Bradley
Assistant United States Attorney

## Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains **347** words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

*/s/ Lauren Tanner Bradley*
Lauren Tanner Bradley
Assistant United States Attorney
