# No. 23-50840
CONSOLIDATED WITH
# No. 23-50845

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

TAEGAN RAY CONTRERAS,
*Defendant-Appellant.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, MIDLAND-ODESSA DIVISION,
DISTRICT COURT NOS. 7:23-CR-76-1 & 7:21-CR-20-1
_____

APPELLANT'S UNOPPOSED REQUEST FOR
REHEARING DEADLINE EXTENSION
_____

TO THE HONORABLE JUSTICES:

The undersigned is the court-appointed appellate counsel of record for Appellant Taegan Ray Contreras. Contreras was charged with possessing a firearm as a felon, in violation of 18

1

U.S.C. § 922(g)(1). He moved to dismiss the charge, contending that the statute violates the Second Amendment, both facially and as applied to him. The district court denied the motion, and Contreras was convicted and sentenced. He appealed, again raising facial and as-applied challenges to § 922(g)(1). In a case of first impression, this Court held on January 13, 2025 that § 922(g)(1) is facially constitutional and concluded that it is constitutional as applied to Contreras. The Court thus affirmed Appellant's convictions and sentences.

Currently, the rehearing deadline in these consolidated cases is January 27, 2025. Appellant hereby requests this Court to grant an extension of time until February 17, 2025 to file a rehearing in this matter. This is Appellant's first request for a 21-day extension of time. The Government is <u>unopposed</u> to this request.

The undersigned needs additional time to comply with this Court's rehearing deadline. First, this case is of significant importance to this Circuit's jurisprudence. The undersigned believes Contreras's cases do not square with two other

2

decisions recently issued by the Court—*Daniels* and *Connelly*. *See United States v. Daniels*, __ F.4th __, No. 22-60596, 2025 WL 33402 (5th Cir. Jan. 6, 2025); *United States v. Connelly*, 117 F.4th 269 (5th Cir. C 2024). Counsel needs more time to thoroughly research the issues raised by these cases and ensure Contreras's rights are protected and preserved.

During the pendency of this rehearing deadline window, the undesigned also has the following other deadlines in which to comply: (1) *USA v. Wilson* (No. 24-40648) (Appellant's brief due January 21, 2025); (2) *USA v. Martinez-Montelongo* (No. 24-40047) (oral argument scheduled for February 5, 2025); (3) *Young v. Texas Parks & Wildlife*, (No.15-24-00052-CV) (Appellant's brief due January 27, 2025); and (4) two in-person hearings on new trial motions that have been calendared for over a month and cannot reset because the trial court will lose plenary power (*Buck v. Brown* (No. 20-1546-F425); & *Vina v. Vina* (No. 23-041)). In addition, the undersigned will be accompanying her daughter to Fort Worth during the week of January 20, 2025 for her Senior Year Stock Show project.

Given the circumstances, court-appointed appellate counsel respectfully requests this Court to grant her until February 17, 2025 to file Appellant's Rehearing in these cases.

Respectfully Submitted,

*/s/ Kimberly S. Keller*
Kimberly S. Keller
KELLER STOLARCZYK, PLLC
215 West Bandera Rd.
No. 114-800
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580

CERTIFICATE OF SERVICE & CONFERENCE

I certify that I conferred with opposing counsel on January 17, 2025, via email, and confirmed the Government is <u>unopposed</u> to this request. This Motion will be served on the aforementioned via this Court's e-filing system.

*/s/ Kimberly S. Keller*
Kimberly S. Keller

# CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies as follows:

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(a)(7) because it contains 693 words printed in a proportionally spaced typeface.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5)(A) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it is printed in a proportionally spaced, serif typeface using Bookman Old Style 14-point font in text and Bookman Old Style 12-point font in footnotes.

3. This document complies with the privacy redaction requirements of 5th Circuit Rule 25.2.13.

4. This document complies with 5th Circuit Rule 25.2.1 because it is an exact copy of the electronic submission.

5. This document is free of viruses because it has been scanned for viruses with the most recent version of a commercial virus scanning program.

*/s/ Kimberly S. Keller*
Kimberly S. Keller